ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Wolverine Supply, Inc. | ) ASBCA No. 63829-ADR |
| | ) |
| Under Contract No. FA5004-20-C-0015 | ) |

APPEARANCES FOR THE APPELLANT:     Traeger Machetanz, Esq.
                                   Jonathan A. DeMella, Esq.
                                     Davis Wright Tremaine LLP
                                     Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter III, Esq.
                                     Air Force Deputy Chief Trial Attorney
                                   Lawrence M. Anderson, Esq.
                                   Siobhan Donahue, Esq.
                                     Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE WOODROW

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $4,240,859. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: August 12, 2024

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63829-ADR, Appeal of Wolverine Supply, Inc., rendered in conformance with the Board's Charter.

Dated: August 13, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2